UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             Case No. 2:13-CR-13; 2:14-CR-05

v.                                            HON. ROBERT HOLMES BELL

PETER VINCENT COLBURN,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

Defendant Peter Vincent Colburn has filed a motion for modification or reduction of sentence (ECF No. 30) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission.

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

The Probation Department filed a sentence modification report on June 22, 2016 (ECF No. 32). In its report, the probation department recommended the defendant is eligible for reduction in sentence based on defendant currently being an inmate, USSG § 2D1.1 was used in the guideline calculations, and the guideline range applicable to the defendant subsequently has been lowered as a result of the retroactive amendment to the Sentencing Guidelines (782). A reduction of sentence

is consistent with the policy statements of the U.S. Sentencing Commission.

The counsel for Defendant and the Government filed a stipulation (ECF No. 40) concurring with the probation department's recommendation.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (ECF No. 30) pursuant to 18 U.S.C. § 3582(c)(2) is **GRANTED**.  Defendant Peter Vincent Colburn's sentence shall be reduced to **120 months incarceration on Count 1 in Case No. 2:13-CR-13, and 175 months incarceration on Count 1 in Case No. 2:14-CR-05, to be served concurrently.**  An order effectuating the sentence reduction shall issue forthwith.


Dated: August 10, 2016                              /s/ Robert Holmes Bell
                                                         ROBERT HOLMES BELL
                                                         UNITED STATES DISTRICT JUDGE